IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ERNEST SUTTLES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:19-cv-02502-JTF-cgc |
| | ) |
| **UNIVERSITY OF MEMPHIS,** | ) |
| **KENNETH P. ANDERSON, in his** | ) |
| **individual capacity, and DR. DAVID** | ) |
| **RUDD, in his individual capacity,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER DENYING DEFENDANTS' JOINT MOTION TO STAY DISCOVERY

Before the Court is the above-named Defendants' Joint Motion to Stay Discovery; the Motion was filed on December 2, 2019. (ECF No. 31.)[1] Defendants request that, pending the outcome of their motions to dismiss, the Court stay all discovery and continue the scheduling/status conference currently set for December 17, 2019. (*Id*.) The Court finds this request not well-taken and it is therefore **DENIED**. The parties shall appear before the Court as previously scheduled, on December 17, 2019 at 10:00 AM.

**IT IS SO ORDERED** this 2nd day of December 2019.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This subsequently filed motion replaces Defendants' first Motion to Stay (ECF No. 26), which was filed on November 27, 2019, and is now deemed moot.